**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **QUINTISHA JACKSON** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | **5:26-cv-02129-G** |
| **EQUIFAX INFORMATION SERVICES, LLC** | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Quintisha Jackson, by and through undersigned counsel, hereby notifies the Court that the parties have reached a settlement of all claims asserted in this action.

The parties anticipate filing a Stipulation of Dismissal with Prejudice upon completion of the settlement documentation and performance of any remaining conditions. Plaintiff requests that the Court stay all pending deadlines and take no further action in this matter pending the filing of the stipulation of dismissal.

Respectfully submitted this 6th day of August, 2026.

/s/ Nkem Amadi House, Sr.

Nkem Amadi House, Sr.
Oklahoma Bar No. 21219
House Law Group
425 W. Wilshire Blvd., Suite E
Oklahoma City, OK 73116
Telephone: (405) 633-1709
Email: houselawfirm@gmail.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2026, I electronically filed the foregoing Notice of Settlement with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have entered an appearance. If Defendant has not yet appeared, a copy will be served in accordance with Fed. R. Civ. P. 5.

/s/ Nkem Amadi House, Sr.